UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PEYTON YATES FREIMAN ET AL**
      **Plaintiff**

    V.

**H.R. MCBRIDE REALTOR ET AL**
      **Defendants**

CIVIL ACTION

NO. 09CV10265-RWZ

## JUDGMENT

**ZOBEL, D. J.**

    In accordance with the ENDORSED ORDER entered this date; Judgment is entered DISMISSING the complaint.

                                              By the Court,

  8/19/09                                         s/ Lisa A. Urso
Date                                                Deputy Clerk